## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC. – ABC SUPPLY CO., INC., | : Civil Action No. 3:23-cv-01346-JFS<br>:<br>: Date Filed: August 14, 2023 |
| Plaintiff, | : |
| v. | : |
| HARTFORD FIRE INSURANCE COMPANY, | : |
| Defendant. | : |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC., | : Civil Action No. 3:24-cv-00273-JFS<br>:<br>: Date Filed: February 14, 2024 |
| Plaintiff, | : |
| v. | : |
| CHM CONTRACTING LLC, TOD S. HIRNEISEN, STEPHEN CHANDO, JR., and DANIEL R. MCCALLUM, | : |
| Defendants. | : |

## ORDER

AND NOW, this **10th** day of **May**, 2024, upon consideration of plaintiff's Uncontested Motion to Consolidate Actions for Discovery and Trial, it is hereby ORDERED that the said Motion is GRANTED. The above-captioned actions are hereby consolidated, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, for purposes of discovery and trial. All future filings shall be made on the docket of Civil Action No. 3:23-CV-1346.

Should any action hereafter be filed in, transferred to, or removed to this Court that any party contends arises out of the same or similar operative facts, the parties shall consult and shall promptly file a motion to consolidate, if any party finds it appropriate.

BY THE COURT:

Judge Joseph F. Saporito, Jr.
United States Magistrate Judge

2